**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00391-CV**
_____

**CARVIS ANDRE WILLIAMS SR., Appellant**

**V.**

**CHARLOTTE RENEE WILLIAMS, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-10-14731-CV**

**MEMORANDUM OPINION**

Appellant Carvis Andre Williams Sr. filed a notice of appeal from a final decree of divorce, which the trial court signed on October 5, 2022. On February 3, 2023, the District Clerk notified the Court that Appellant is not entitled to appeal without paying the fee and had failed to pay or to arrange to pay for the clerk's record in his appeal. On that same day, we notified the parties that the clerk's record had not been filed and we warned Appellant that we would dismiss the appeal unless he arranged to pay the fee required to file the clerk's record or he explained that he

1

needed additional time to do so by March 6, 2023. *See* Tex. R. App. P. 37.3(b). None of the parties responded to the Court's notice.

In the absence of a satisfactory explanation justifying Appellant's failure to arrange to pay for a clerk's record to support his appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 29, 2023
Opinion Delivered March 30, 2023

Before Golemon, C.J., Johnson and Wright, JJ.